**STATE of Missouri, Respondent,**

v.

**Brent J. ROGERS, Appellant.**

**No. WD 72562.**

Missouri Court of Appeals,
Western District.

Aug. 2, 2011.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 30, 2011.

Jeffrey S. Eastman, Gladstone, MO, for Appellant.

Jamie P. Rasmussen, Jefferson City, MO, for Respondent.

Before JAMES EDWARD WELSH, P.J., JAMES M. SMART, JR., and JOSEPH M. ELLIS, JJ.

## ORDER

PER CURIAM:

Brent J. Rogers appeals the circuit court's judgment finding him to be a per-

sistent offender and guilty of driving while intoxicated. We affirm. Rule 30.25(b).